NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRUNLEY CONSTRUCTION CO., INC.,**
*Appellant,*

v.

**THE ARCHITECT OF THE CAPITOL,**
*Appellee.*

---

2010-6001

---

Appeal from the Government Accountability Office, Contract Appeals Board, CAB No. 2009-1.

- - - - - - - - - - - - - - - - - - - - - -

---

**GRUNLEY CONSTRUCTION CO., INC.,**
*Appellee,*

v.

**THE ARCHITECT OF THE CAPITOL,**
*Appellant.*

---

2011-6011

---

Appeal from the Government Accountability Office, Contract Appeals Board, CAB No. 2009-1.


## O R D E R

Grunley Construction Co., Inc. moves for a 49-day extension of time, until January 31, 2011, to file its brief. The Office of the Architect of the Capitol moves for an extension of time to file its brief.

The court determines to treat these petitions in the nature of cross-appeals. A consolidated briefing schedule will be directed after the motion to dismiss 2010-6001 is decided, if appropriate. The revised official caption is reflected above.

Accordingly,

IT IS ORDERED THAT:

(1) The revised official caption is reflected above.

(2) The motions are denied as moot. The briefing schedule is stayed pending disposition of the motion to dismiss 2010-6001.

FOR THE COURT

DEC 2 9 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Herman M. Braude, Esq.
    Steven J. Gillingham, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2010

JAN HORBALY
CLERK